**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **RICHARD LOCKE,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **Case No. 4:19-cv-04246** |
| | § | |
| **THE LINCOLN NATIONAL LIFE** | § | |
| **INSURANCE COMPANY,** | § | |
| | § | |
| **Defendant.** | § | |

**DEFENDANT THE LINCOLN NATIONAL LIFE INSURANCE COMPANY'S UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**

Defendant The Lincoln National Life Insurance Company files this unopposed motion for an extension of time to respond to Plaintiff's Complaint (ECF No. 1). Plaintiff filed his Complaint on October 28, 2019. ECF No. 1. Lincoln National was served on December 16, 2019. Lincoln National seeks a short extension of its deadline to respond to Plaintiff's Complaint from January 6, 2020 to January 20, 2020. This motion is not brought for the purposes of delay, but to permit Lincoln National additional time to investigate the issues raised in the Complaint before preparing a response.

Counsel for Lincoln National has conferred with counsel for Plaintiff regarding the relief requested in this Motion, to which Plaintiff's counsel affirmed they are not opposed. Accordingly, Lincoln National respectfully requests that the Court grant this Motion and enter an order extending the time for Lincoln National to serve its response to Plaintiff's Complaint to January 20, 2020.

Dated: December 30, 2019

Respectfully submitted,

MCDOWELL HETHERINGTON LLP

By: */s/ Emily K. Liu*____________________
Emily K. Liu (Attorney-in-Charge)
Texas Bar No. 24093777
SDTX Bar No. 3398010
2000 East Lamar Blvd., Suite 780
Arlington, Texas 76006
Telephone: (817) 635-7300
Facsimile: (713) 337-8849
Email: emily.liu@mhllp.com

*Attorney for The Lincoln National Life Insurance Company*

## CERTIFICATE OF CONFERENCE

I hereby certify that counsel for Lincoln National has conferred with counsel for Plaintiff regarding the relief requested in this Motion, and Plaintiff's counsel is not opposed.

*/s/ Emily K. Liu*____________________
Emily K. Liu

## CERTIFICATE OF SERVICE

I certify that on December 30, 2019, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Anthony Vessel
Marc S. Whitehead
Britney Anne Health McDonald
Madison Tate Donaldson
MARC WHITEHEAD & ASSOCIATES ATTORNEYS AT LAW, LLP
5300 Memorial Drive, Suite 725
Houston, Texas 77007
anthony@marcwhitehead.com
marc@marcwhitehead.com
britney@marcwhitehead.com
madison@marcwhitehead.com

*/s/ Emily K. Liu*____________________
Emily K. Liu