**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **RICHARD LOCKE,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **Case No. 4:19-cv-04246** |
| | § | |
| **THE LINCOLN NATIONAL LIFE INSURANCE COMPANY,** | § | |
| | § | |
| | § | |
| **Defendant.** | § | |

## DEFENDANT'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Defendant, The Lincoln National Life Insurance Company, pursuant to this Court's Interested Persons Order dated October 29, 2019 [ECF No. 5] and Federal Rule of Civil Procedure 7.1, discloses the following:

1. The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action — including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to any party in the case:

Richard Locke, Plaintiff

Anthony Vessel, Esq., Marc Whitehead & Associates Attorneys at Law, LLP, Counsel for Plaintiff

Marc S. Whitehead, Esq. Marc Whitehead & Associates Attorneys at Law, LLP, Counsel for Plaintiff

Defendant, The Lincoln National Life Insurance Company, is a wholly-owned subsidiary of Lincoln National Corporation ("Lincoln"). Lincoln is publicly traded (NYSE), ticker symbol LNC, with no 10% owners of its stock.

Emily K. Liu, McDowell Hetherington, LLP, Counsel for Defendant

2. The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

None.

3. The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:

None.

4. The name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

None.

I hereby certify that, except as disclosed above, I am unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case, and will immediately notify the Court in writing on learning of any such conflict.

Dated: December 30, 2019

Respectfully submitted,

MCDOWELL HETHERINGTON LLP

By: */s/ Emily K. Liu*____________________
Emily K. Liu (Attorney-in-Charge)
Texas Bar No. 24093777
SDTX Bar No. 3398010
2000 East Lamar Blvd., Suite 780
Arlington, Texas 76006
Telephone: (817) 635-7300
Facsimile: (713) 337-8849
Email: emily.liu@mhllp.com

*Attorney for The Lincoln National Life Insurance Company*

## **CERTIFICATE OF SERVICE**

I certify that on December 30, 2019, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Anthony Vessel
Marc S. Whitehead
Britney Anne Health McDonald
Madison Tate Donaldson
MARC WHITEHEAD & ASSOCIATES ATTORNEYS AT LAW, LLP
5300 Memorial Drive, Suite 725
Houston, Texas 77007
anthony@marcwhitehead.com
marc@marcwhitehead.com
britney@marcwhitehead.com
madison@marcwhitehead.com

*/s/ Emily K. Liu*____________________
Emily K. Liu