United States District Court
Southern District of Texas
ENTERED
December 31, 2019
David J. Bradley, Clerk

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **RICHARD LOCKE,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **Case No. 4:19-cv-04246** |
| | § | |
| **THE LINCOLN NATIONAL LIFE INSURANCE COMPANY,** | § | |
| | § | |
| | § | |
| **Defendant.** | § | |

**ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**

Before the Court is Defendant The Lincoln National Life Insurance Company's Unopposed Motion for an Extension of Time to Respond to Plaintiff's Complaint (ECF No. 8). After careful consideration, the Court is of the opinion that the Motion should be granted.

IT IS THEREFORE ORDERED that the Unopposed Motion for Extension of Time to Respond to Plaintiff's Complaint (ECF No. 8) is GRANTED such that Defendant The Lincoln National Life Insurance Company shall have until **January 20, 2020** to file an answer or otherwise respond to Plaintiff's Complaint.

It is so ORDERED.

SIGNED this 30th day of December, 2019.

[signature]

KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE