**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **RICHARD LOCKE,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| | § | |
| | § | **CIVIL ACTION NO. 4:19-cv-04246** |
| **THE LINCOLN NATIONAL LIFE INSURANCE COMPANY,** | § | |
| | § | |
| | § | |
| **Defendant.** | § | |

**SCHEDULING/DOCKET CONTROL ORDER**

Anticipated Length of Trial: 1 Day    Jury: _____    Non-Jury: X

| | | |
|---|---|---|
| 1. | NEW PARTIES shall be joined by: The Attorney causing the addition of new parties will provide copies of this Order to new parties. | February 24, 2020__________ |
| 2. | EXPERT WITNESSES for the PLAINTIFF will be identified by a report listing the qualifications of each expert, each opinion that the expert will present, and the basis for it. DUE DATE: | June 31, 2020_____________ |
| 3. | EXPERT WITNESSES for the DEFENDANT will be identified by a report listing the qualifications of each expert, each opinion that the expert will present, and the basis for it. DUE DATE: | July 31, 2020______________ |
| 4. | DISCOVERY must be completed by: Written discovery requests are not timely if they are filed so close to this deadline that the recipient would not be required under the Federal Rules of Civil Procedure to respond until after the deadline. | September 19, 2020________ |
| 5. | DISPOSITIVE AND NON-DISPOSITIVE MOTIONS (except motions *in limine*) will be filed by: | November 1, 2020__________ |
| 6. | JOINT PRETRIAL ORDER and MOTIONS *IN LIMINE* (The Court will fill in this date) | _________________________ |
| 7. | TRIAL will begin at 8:30 a.m. | January 28, 2021___________ |

| | |
|---|---|
| ______________________________ | ______________________________ |
| Date | Keith P. Ellison<br>United States District Judge |
| January 21, 2020 | /s/ J. Anthony Vessel |
| Date | Counsel for Plaintiff(s) |
| January 21, 2020 | /s/ Emily K. Liu |
| Date | Counsel for Defendant(s) |