**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **RICHARD LOCKE,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **Case No. 4:19-cv-04246** |
| | § | |
| **THE LINCOLN NATIONAL LIFE INSURANCE COMPANY,** | § | |
| | § | |
| | § | |
| **Defendant.** | § | |

## JOINT NOTICE OF SETTLEMENT

COMES NOW, Plaintiff, Richard Locke, and Defendant, The Lincoln National Life Insurance Company, by and through their undersigned counsel and hereby notify the Court that the parties to this action have reached a confidential settlement of this matter and anticipate filing a stipulated dismissal with prejudice in the near future. The confidential settlement resolves this matter in full and each party will bear its own costs.

Dated: April 22, 2020

Respectfully submitted,

MCDOWELL HETHERINGTON LLP


By: *<u>/s/ Emily K. Liu</u>*____________________
Emily K. Liu (Attorney-in-Charge)
Texas Bar No. 24093777
SDTX Bar No. 3398010
2000 East Lamar Blvd., Suite 780
Arlington, Texas 76006
Telephone: (817) 635-7300
Facsimile: (713) 337-8849
Email: emily.liu@mhllp.com


*Attorney for The Lincoln National Life Insurance Company*


By: *<u>/s/ Anthony Vessel (with permission)</u>*___
Anthony Vessel

Marc S. Whitehead
Britney Anne Health McDonald
Madison Tate Donaldson
MARC WHITEHEAD & ASSOCIATES
ATTORNEYS AT LAW, LLP
5300 Memorial Drive, Suite 725
Houston, Texas 77007
anthony@marcwhitehead.com
marc@marcwhitehead.com
britney@marcwhitehead.com
madison@marcwhitehead.com

*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I certify that on April 22, 2020, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Anthony Vessel
Marc S. Whitehead
Britney Anne Health McDonald
Madison Tate Donaldson
MARC WHITEHEAD & ASSOCIATES ATTORNEYS AT LAW, LLP
5300 Memorial Drive, Suite 725
Houston, Texas 77007
anthony@marcwhitehead.com
marc@marcwhitehead.com
britney@marcwhitehead.com
madison@marcwhitehead.com

*/s/ Emily K. Liu*____________________
Emily K. Liu