United States District Court
Southern District of Texas
**ENTERED**
April 22, 2020
David J. Bradley, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **RICHARD LOCKE,** | § | |
| | § | |
| **Plaintiff,** | § | |
| **VS.** | § | **CIVIL ACTION NO. 4:19-CV-04246** |
| | § | |
| **THE LINCOLN NATIONAL LIFE INSURANCE COMPANY,** | § | |
| | § | |
| | § | |
| **Defendant.** | § | |

## CONDITIONAL ORDER OF DISMISSAL

The Court has been informed by notice that all claims pending in this lawsuit have been settled. The case is therefore **DISMISSED WITHOUT PREJUDICE** to reinstatement of the claims if any party represents to the Court, within sixty (60) days of this Order, that the settlement could not be completely documented. The claims will be **DISMISSED WITH PREJUDICE** sixty (60) days after the entry of this Order unless any party moves for reinstatement or an extension of the conditional dismissal period before that date.

**IT IS SO ORDERED**.

**SIGNED** at Houston, Texas, on this the 22nd day of April 2020.

KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE