United States District Court
Southern District of Texas
**ENTERED**
June 23, 2020
David J. Bradley, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **RICHARD LOCKE,** | § | |
| | § | |
| **Plaintiff,** | § | |
| **VS.** | § | **CIVIL ACTION NO. 4:19-CV-04246** |
| | § | |
| **THE LINCOLN NATIONAL LIFE INSURANCE COMPANY,** | § | |
| | § | |
| | § | |
| **Defendant.** | § | |

# ORDER

The Parties in this case have filed a Joint Stipulation of Dismissal with Prejudice (Doc. No. 18). In accordance with that Stipulation and Rule 41(a) of the Federal Rules of Civil Procedure, the action is hereby **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED.**

**SIGNED** at Houston, Texas, on this the 23rd day of June, 2020.

HON. KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE